MARGARETTA GRIEM, Also Known as MARGARETTA SULLIVAN, Appellant, v.

Maria Comegnia and Others, Defendants. Louis A. Brown, an Attorney, Respondent.— Order substituting attorney upon condition affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.